UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LUTHER VIRGIL, ET AL.                CIVIL ACTION

VERSUS                               NO: 07-4351

HORACE MANN INSURANCE COMPANY,       SECTION: "J" (5)
ET AL.

**ORDER AND REASONS**

Before the Court is Defendant, National Flood Insurance Program's Motion to Dismiss (Rec. Doc. 20).  For the reasons below, Defendant's Motion is **GRANTED**.

**BACKGROUND**

The lawsuit arises out of damages that Plaintiff suffered as a result of Hurricane Katrina. In addition to the National Flood Insurance Program (NFIP), Plaintiff filed suit against Horace Mann Insurance Company and Fidelity National Property & Casualty on August 24, 2007.  In their complaint, Plaintiffs alleged that Fidelity National is a WYO Flood Insurer.  Furthermore, Plaintiff's Complaint alleges that NFIP is liable for breach of contract and failure to properly adjust claims pursuant to a flood insurance contract Plaintiff purchased through Horace Mann

and issued by Fidelity National.

NFIP filed the instant motion on December 21, 2007 and set the motion for hearing on January 23, 2008. LR 7.5E requires that any opposition to a motion must be filed no later than eight calendar days prior to the hearing date. Therefore, Plaintiff must have filed any opposition into the record by January 15, 2008. No such opposition has been filed.

## DISCUSSION

NFIP asserts that in situations like this one , when an insured purchases a flood policy through a WYO carrier and has the claim adjusted and settled by the WYO carrier, the only proper party to the lawsuit is the WYO carrier. *See Wiedemann v. Harleysville Mut. Ins.*, No. 06-4723, 2006 WL 3462926 (E.D. La. Nov. 28, 2006); 44 C.F.R §§ 62.23(d), 62.23(I)(6), 61.13(f). Defendant's Motion is well-taken, and in the absence of meaningful argument or opposition from Plaintiff, this Court agrees. Accordingly,

**IT IS ORDERED** that Defendant, National Flood Insurance Program's Motion to Dismiss (Rec. Doc. 20) is **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant, National Flood Insurance Program are **DISMISSED.**

New Orleans, Louisiana this the 24th day of January, 2008.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE